FILED
JUL 1 0 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _EF_ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | Criminal Case No. 08CR2278-JLS |
| Plaintiff,  ) | I N F O R M A T I O N |
| v.  ) | Title 8, U.S.C., |
|   ) | Sec. 1324(a)(1)(A)(i) and (v)(II) |
| ROBERTO MARTINEZ-OLIVOS,  ) | - Bringing in Illegal Aliens and |
|   ) | Aiding and Abetting |
| Defendant.  ) | |

The United States Attorney charges:

On or about June 26, 2008, within the Southern District of California, defendant ROBERTO MARTINEZ-OLIVOS, with the intent to violate the immigration laws of the United States, did bring or attempt to bring into the United States an alien, namely, Miguel Ventura-Alvarez, knowing that said person was an alien, at a place other than a designated port of entry and at a place other than as designated by the Department of Homeland Security; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(i) and (v)(II).

DATED: July 10, 2008 .

KAREN P. HEWITT
United States Attorney

/s/ John of Weis
JAMES P. MELENDRES
Assistant U.S. Attorney

JPME:rp:Imperial
7/9/08