AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

_____SOUTHERN_____ DISTRICT OF _____CALIFORNIA_____

UNITED STATES OF AMERICA
V.

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR2278-JLS

I, __Roberto Martinez-Olivas__, the above named defendant, who is accused of 8:1324 (a)(1)(A)(i) & (v)(II) BRINGING IN ALIENS AND AIDING & ABETTING.

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ____7-10-08____ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

**FILED**
JUL 10 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

x _Roberto Martinez Olivas_
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer