UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>            )<br>    Plaintiff )<br>            )<br>            )<br>vs.         )<br>            )<br>Roberto Martinez-Olivas )<br>            )<br>    Defendant(s) )<br>_____) | CRIMINAL NO. 08CR2278-JLS<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. 65990208<br>886645 |

On order of the United States District/Magistrate Judge,   **PETER C. LEWIS**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / Case Disposed / **Order of Court**).

Miguel Ventura-Alvarez

DATED: 7/24/08

RECEIVED _____
                DUSM

**PETER C. LEWIS**
_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.  Clerk

by ____F. Flores____
         Deputy Clerk